# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.S.G. EXCAVATING, On Behalf of Itself And All Others Similarly Situated, | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| HONEYWELL INTERNATIONAL, INC., ET AL. | **CV 08  3041  BZ** |

TO: (Name and address of defendant)

SEE ATTACHED ADDENDUM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH M. PATANE
LAW OFFICE OF JOSEPH M. PATANE
2280 UNION STREET
SAN FRANCISCO, CA 94123

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 20, 2008

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Addendum-Summons

**NAMES AND ADDRESSES OF DEFENDANTS:**

| | |
|---|---|
| **Honeywell International, Inc.** | 101 Columbia Road, Morris Township, New Jersey 07962 |
| **Champion Laboratories, Inc.** | 200 S. Fourth Street, Albion, Illinois 62806 |
| **Purolator Filters N.A., LLC** | 3200 Natal Street, Fayetteville, North Carolina 28306 |
| **Wix Filtration Products** | 1 Wix Way, Gastonia, North Carolina 28054 |
| **Cummins Filtration, Inc.** | 1801 Hwy 51 / 138, P.O. Box 428, Stoughton, WI 53589-0428 |
| **The Donaldson Company** | 1400 West 94th Street, Minneapolis, MN 55431 |
| **Baldwin Filters, Inc.** | 440 E. Hwy. 30, Kearney, Nebraska 68848-6010 |
| **Bosch U.S.A.** | 2800 S. 25th Avenue, Broadview, Illinois 60155-4594 |
| **Mann + Hummel U.S.A., Inc.** | 6400 S. Sprinkle Road, Portage, Michigan 49002-9706 |
| **ArvinMeritor, Inc.** | 2135 West Maple Road, Troy, MI 48084 |
| **United Components, Inc.** | 14601 Highway 41 N., Evansville, Indiana 47725-9357 |
| **UIS, Inc.** | 15 Exchange Place, Suite 1120, Jersey City, NJ 07302. |
| **The Carlyle Group** | 1001 Pennsylvania Ave, N.W. #220, Washington, DC 20004-2505 |
| **Affinia Group, Inc.** | 1101 Technology Drive, Ann Arbor, Michigan 48108 |

| | |
|---|---|
| **Cummins, Inc.** | 500 Jackson Street, Box 3005, Columbus, Indiana 47202 |
| **Hastings Premium Filters** | 4400 E. Hwy. 30, Kearney, Nebraska 68848-6010 |
| **Clarcor, Inc.** | 840 Crescent Centre Drive, Suite 600, Franklin, Tennessee 37067 |