Joseph M. Patane (72202)
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

*Attorneys for Plaintiff G.S.G. Excavating*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| G.S.G. EXCAVATING, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., LLC; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; CUMMINS, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC.; AFFINIA GROUP, INC.; HASTINGS PREMIUM FILTERS; CLARCOR, INC.; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants | Case No. 3:08-cv-03041-BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT THE CARLYLE GROUP [F.R.C.P. 41(a)(1)]**<br><br>Honorable Bernard Zimmerman |

**1**
**Case No. 3:07-cv-6417 JL, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT THE CARLYLE GROUP [F.R.C.P. 41 (a)(1)]**

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff G.S.G. Excavating hereby dismisses all claims made in Case No. 3:08-cv-03041-BZ, without prejudice, against named defendant The Carlyle Group.

Dated: June 25, 2008    By:  /s/ Joseph M. Patane
　　　　　　　　　　　　　　　　Joseph M. Patane (72202)
　　　　　　　　　　　　　　　　**LAW OFFICE OF JOSEPH M. PATANE**
　　　　　　　　　　　　　　　　2280 Union Street
　　　　　　　　　　　　　　　　San Francisco, CA 94123
　　　　　　　　　　　　　　　　Telephone: (415) 563-7200
　　　　　　　　　　　　　　　　Facsimile: (415) 346-0679
　　　　　　　　　　　　　　　　E-mail: jpatane@tatp.com

　　　　　　　　　　　　　　　　Kenneth L. Valinoti, Esq. (118442)
　　　　　　　　　　　　　　　　**VALINOTI & DITO LLP**
　　　　　　　　　　　　　　　　180 Montgomery Street, Suite 940
　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　Telephone: (415) 986-1338
　　　　　　　　　　　　　　　　Facsimile: (415) 986-1231
　　　　　　　　　　　　　　　　E-mail: kvalinoti@valinoti-dito.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff G.S.G. Excavating*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th day of June 2008, the foregoing Notice of Voluntary Dismissal As To Defendant The Carlyle Group was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

In addition, I served the foregoing document on the following interested parties by electronic mail:

Marguerite M. Sullivan
LATHAM & WATKINS, LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
maggy.sullivan@lw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                /s/ Joseph M. Patane
                                  Joseph M. Patane